# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN POWER SPORTS, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-00139-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 13) |

On February 14, 2023, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 13). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**February 15, 2023**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1